**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**J STEPHEN THIEL,**

    **Plaintiff,**

                              Case No. 20-CV-10411-DT

v.

                              HON. DENISE PAGE HOOD

**CITY OF GROSSE POINTE**
**FARMS, et al.,**

    **Defendants.**
_____/

## **JUDGMENT**

This action, having come before the Court and the Court having issued an order dismissing the case this date, accordingly,

Judgment is entered against Plaintiff and in favor of all Defendants.

                                              KINIKIA D. ESSIX
                                              CLERK OF COURT

Approved:

                                              By: s/LaShawn Saulsberry
                                                  Deputy Clerk

*s/Denise Page Hood*
DENISE PAGE HOOD
Chief Judge

DATED: June 30, 2021

Detroit, Michigan